Jacob S. Wessel, Esq ISB: 7529
THOMSEN HOLMAN WHEILER, PLLC
2635 Channing Way
Idaho Falls, ID  83404
Telephone  (208) 522-1230
Fax  (208) 522-1277
wessel@thwlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| PAULA DECORIA and RUSTY PRICE, | ) | Case No. CV-2016-504 |
| | ) | |
|   Plaintiffs, | ) | |
| | ) | COMPLAINT AND DEMAND |
| v. | ) | FOR JURY TRIAL |
| | ) | |
| | ) | |
| THUNDERBIRD LLC, and Todd Victor | ) | |
|  and Tyler Victor, individuals. | ) | |
| | ) | |
| | ) | |
|   Defendants. | ) | |

Plaintiffs Paula Decoria and Rusty Price, for cause of action against defendants, state and

allege as follows:

    1.      Plaintiffs are residents of the State of Idaho, County of Bannock.

    2.      Thunderbird Motel, LLC is an Idaho Limited Liability Company that owns and

operates the Thunderbird Motel in Pocatello, Bannock County, Idaho.

    3.      Defendant Todd Victor is an individual and upon information and belief, he resides

in Gooding County, Idaho.

1 -    COMPLAINT AND DEMAND FOR JURY TRIAL

4.      Defendant Tyler Victor is an individual residing in Bannock County, Idaho

5.      On or about May 9, 2016 Thunderbird, LLC employed plaintiffs to manage the Thunderbird Motel and to perform maintenance on the Thunderbird Motel in Pocatello, Idaho. Todd Victor and Tyler Victor hired plaintiffs to perform the work.   Thunderbird, LLC is an "employer" within the meaning of 29 USC §203(d).  Todd Victor and Tyler Victor  at all times exercised control over the nature and structure of the employment relationship between plaintiffs and Thunderbird, LLC; Thunderbird, LLC at all times maintained economic control over the relationship between plaintiffs and Thunderbird Motel.

6.      At the beginning of their employment , Defendants agreed to pay both plaintiffs a total of $1,200.00 per month; starting in July, 2016, defendants agreed to pay both plaintiffs a total of $1,600.00 per month for the management of Thunderbird Motel.  In addition, Plaintiff Rusty Price was supposed to have been paid for maintenance work at the rate of $8.00 per hour.

7.      During the course of plaintiffs' employment with defendants, defendants regularly and consistently required plaintiffs, as a condition of continued employment, to work in excess of forty hours per week.

8.      At the conclusion of plaintiffs' employment, defendants evicted plaintiffs and kept their property including, but not limited to, the following: compressor, leaf blower, weed eater, shop vacuum.

## COUNT I

### VIOLATION OF THE FAIR LABOR STANDARDS ACT, MINIMUM WAGE

9.      Plaintiffs reallege the allegations contained in paragraphs 1-8 as if set forth at length herein.

2 -      COMPLAINT AND DEMAND FOR JURY TRIAL

10. This court has jurisdiction pursuant to 29 U.S.C. §216(b) of the Fair Labor Standards Act of 1938, and pursuant to 28 U.S.C. §1367(a).

11. Defendants are employers within the meaning of 29 U.S.C. §203(d) and Thunderbird, LLC is an enterprise engaged in commerce or in the production of goods for commerce within the meaning of 29 U.S.C. §203(s)(1), Fair Labor Standards Act of 1938.

12. During the course of plaintiffs' employment, defendants regularly and consistently required plaintiffs to work so many hours in a week such that plaintiffs' regular rate of pay was less than minimum wage, contrary to the requirements of 29 U.S.C. §206, Fair Labor Standards Act of 1938.

13. Pursuant to 29 U.S.C. §216(b), plaintiffs are entitled to recover from defendants the amount of the unpaid minimum wage and an additional equal amount as liquidated damages.

14. Pursuant to 29 U.S.C. §216(b), plaintiffs are entitled to recover from defendants plaintiffs' reasonable attorney fees incurred in this action, as well as the costs of the action.

## COUNT II

### VIOLATION OF THE FAIR LABOR STANDARDS ACT, UNPAID OVERTIME

15. Plaintiffs reallege the allegations contained in 1 through 14 as if set forth at length herein.

16. Notwithstanding the fact that defendants required plaintiffs to regularly and consistently work in excess of forty hours per week, defendants failed to pay to plaintiffs overtime compensation as required by 29 U.S.C. §207(a)(1), Fair Labor Standards Act of 1938.

17. Pursuant to 29 U.S.C. §216(b), plaintiffs are entitled to recover from defendants the amount of the unpaid overtime compensation and an additional equal amount as liquidated damages.

3 -    COMPLAINT AND DEMAND FOR JURY TRIAL

18.     Pursuant to 29 U.S.C. §216(b), plaintiffs are entitled to recover from defendants plaintiffs' reasonable attorney fees incurred in this action as well as the costs of the action.

COUNT III

RECOVERY OF PERSONAL PROPERTY, IDAHO CODE § 5-218(3)

19.     Plaintiffs reallege the allegations contained in 1 through 18 as if set forth at length herein.

20.     The court has jurisdiction over plaintiffs' state law claim set forth in this complaint pursuant to its supplemental jurisdiction to hear related state law claims under 28 U.S.C. § 1367(a). Both the federal and state law claims alleged herein arose from a common nucleus of operative fact, the state action is so related to the federal claim that they form part of the same case or controversy, and the actions would ordinarily be expected to be tried in one judicial proceeding.

21.     At the conclusion of plaintiffs' employment, in violation of Idaho Code § 5-218(3), defendant's unlawfully took possession of Plaintiffs' personal property and refuse to return them.  These items include, but are not limited to, the following: compressor, leaf blower, weed eater, shop vacuum.

22.     Plaintiffs are entitled to the return of the items defendant's refuses to return and/or are entitled to money damages in an amount to be determined at trial in this matter.

23.     Pursuant to Idaho Code §§12-120, 12-121, Rule 54, and any other applicable statute or rule, plaintiffs are entitled to recover from defendants plaintiffs' reasonable attorney fees incurred in this action as well as the costs of this action.

4 -     COMPLAINT AND DEMAND FOR JURY TRIAL

PRAYER FOR RELIEF

WHEREFORE, plaintiffs pray that judgment, order and decree of this court against defendants Thunderbird, LLC, Todd Victor and Tyler Victor jointly and severally as follows:

COUNT I

1.      For plaintiffs' unpaid minimum wage in an amount to be proven at trial;

2.       For liquidated damages in an amount equal to the unpaid minimum wage;

3.      For plaintiffs' reasonable attorney fees incurred in this action as well as the costs of the action;

4.      For such other and further relief as the court deems just and equitable.

COUNT II

1.      For plaintiffs' unpaid overtime compensation in an amount to be proven at trail;

2.      For liquidated damages in an amount equal to the unpaid overtime compensation;

3.      For plaintiffs' reasonable attorney fees incurred in this action as well as the costs of the action;

4.      For such other and further relief as the court deems just and equitable.

COUNT III

1.      For the return of the items defendant's refuses to return and/or money damages in an amount to be determined at trial in this matter

2.      For plaintiffs' reasonable attorney fees incurred in this action as well as the costs of the action; and

3.      For such other and further relief as the court deems just and equitable.

5 -     COMPLAINT AND DEMAND FOR JURY TRIAL

DATED this 18th day of November, 2016.

THOMSEN HOLMAN WHEILER, PLLC


By:  _____/s/_____
     Jacob S. Wessel, Esq.


**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand trial by jury.

DATED this 18th day of November, 2016.

THOMSEN HOLMAN WHEILER, PLLC


By:  _____/s/_____
     Jacob S. Wessel, Esq.