Jacob S. Wessel, Esq ISB: 7529
THOMSEN HOLMAN WHEILER, PLLC
2635 Channing Way
Idaho Falls, ID 83404
Telephone (208) 522-1230
Fax (208) 522-1277
wessel@thwlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAULA DECORIA and RUSTY PRICE, ) | Case No. 4:16-cv-00504-REB |
| Plaintiffs, ) | |
| v. ) | STIPULATION FOR DISMISSAL |
| ) | WITH PREJUDICE |
| THUNDERBIRD LLC, and Todd Victor ) | |
| and Tyler Victor, individuals. ) | |
| Defendants. ) | |

COME NOW Defendants, by and through their attorney of record Ryan Lewis, Esq. and Plaintiffs Paula Decoria and Rusty Price through their attorney of record Jacob S. Wessel, Esq. and hereby stipulate and agree that the above entitled matter may be dismissed in its entirety with prejudice. It is further agreed that each party is to bear its own costs and attorney's fees.

Dated this __14__ day of June, 2017.

_____
Ryan Lewis, Esq.
Attorney for Defendants

1 -   STIPULATION FOR DISMISSAL WITH PREJUDICE

Dated this \_\_14\_\_ day of June, 2017.

_____
Jacob S. Wessel, Esq.
Attorney for Plaintiffs

2 -     STIPULATION FOR DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on the 14 day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system sent a copy by mail to the following Defendants

| | |
|---|---|
| RYAN S. LEWIS<br>RYAN S. LEWIS, Chartered<br>1322 EAST CENTER<br>POCATELLO, IDAHO 83201<br>FAX 208-235-4200 | [ ] Mail<br>[ ] Fax |

THOMSEN HOLMAN WHEILER, PLLC

By: _____/s/_____
Jacob S. Wessel, Esq.

3 -   STIPULATION FOR DISMISSAL WITH PREJUDICE