# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

PAULA DECORIA and RUSTY PRICE,

        Plaintiffs,

vs.

THUNDERBIRD, L.L.C., and TODD VICTOR and TYLER VICTOR, Individuals,

        Defendants.

No. 4:16-cv-00504-MWB

**ORDER OF DISMISSAL WITH PREJUDICE**

_____

    This case is before me on the parties' June 15, 2017, Stipulation For Dismissal With Prejudice (docket no. 14). I find good cause to dismiss this case pursuant to the Stipulation.

    THEREFORE, this case is **dismissed with prejudice.** Each party shall bear its own costs and attorney's fees.

    **IT IS SO ORDERED**.

    **DATED** this 15th day of June, 2017.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA
VISITING JUDGE